**FILED**

01/12/2022

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 21-0416

Mark D. Parker
**PARKER, HEITZ & COSGROVE, PLLC**
401 N. 31st Street, Suite 805
P.O. Box 7212
Billings, Montana 59103-7212
Phone: (406) 245-9991
Facsimile: (406) 245-0971 facsimile
E-mail: markdparker@parker-law.com

*Attorneys for Defendants/Appellants, Corey Shirley, Owen Kenney
Kent Hoggan and Surety Land Development, LLC*

# IN THE SUPREME COURT OF THE STATE OF MONTANA
### Supreme Court Cause No. DA 21-0416

| | | |
|---|---|---|
| **JESS ROMO**, et al., | ) | |
| | ) | |
| Plaintiffs/Appellees, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| **USA BIOFUELS, LLC,** Utah Limited | ) | |
| Liability Corporation**; VITALITY** | ) | |
| **NATURAL HEALTH LLC; EUREKA** | ) | |
| **93 INC.; GREG RANGER; DAVID** | ) | |
| **RENDIMONTI; COREY SHIRLEY;** | ) | |
| **OWEN KENNEY; ROBERT** | ) | **ORDER GRANTING** |
| **LEAKER, SEAN POLI; STEPHEN** | ) | **UNOPPOSED MOTION FOR** |
| **ARCHAMBEAULT; KENT** | ) | **EXTENSION OF TIME TO** |
| **HOGGAN; VITALITY CBD** | ) | **TRANSMIT THE RECORD** |
| **NATURAL HEALTH PRODUCTS,** | ) | |
| **INC.; SURETY LAND** | ) | |
| **DEVELOPMENT; LLC,** Utah Limited | ) | |
| Liability Corporation**; AND JOHN** | ) | |
| **DOES 11-15**, | ) | |
| | ) | |
| Defendants/Appellants. | ) | |

Upon motion of Appellants and good cause appearing,

IT IS HEREBY ORDERED that the Court Reporter shall have until January 31, 2022, to prepare, file, and serve the transcript in this matter.

DATED this _____ day of January, 2022.

_____
CHIEF JUSTICE

cc:   Ross Johnson
      Mark D. Parker
      Robert J. Phillips

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
January 12 2022